UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CALVIN JAMES,           )
                        )
    Plaintiff,          )
                        )
v.                      )      CV419-215
                        )
BOBBY L. CHRISTINE, *et al.*,  )
                        )
    Defendants.         )

### REPORT AND RECOMMENDATION

Plaintiff filed this case on August 26, 2019.  Doc. 1.  He was granted leave to proceed *in forma pauperis* (IFP) and directed to return certain forms.  Doc. 3.  Rather than complying with that direction, plaintiff submitted a letter contesting his need to pay. Doc. 4.  His letter contains what may be charitably described as mumbo jumbo, but it clearly evidences his receipt of the Court's order as well as his refusal to comply with it.

This Court has the authority to prune cases from its dockets where parties have failed to comply with its Orders.  *See L.R. 41(b)*; *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane*

*Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Accordingly, this case should be dismissed for Plaintiff's failure to follow a Court Order and return his forms.

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendations pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. United States*, 612 F.

App'x 542, 545 (11th Cir. 2015).

**SO REPORTED AND RECOMMENDED,** this <u>18th</u> day of September, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA