IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CALVIN JAMES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. CV419-215 |
| | ) |
| BOBBY L. CHRISTINE and | ) |
| JENNIFER J. KIRKLAND, | ) |
| | ) |
| Defendants. | ) |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 5), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 29th day of October 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA